# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2010

Marilyn Kelly,
Chief Justice

140753

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 140753
COA: 288583
Kent CC: 07-001488-FC

DARRYL SPENCER LYONS,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the February 2, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2010

_____
Clerk

s0621